IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ANTHONY DAVIS, | § | |
| | § | No. 87, 2015 |
| Plaintiff Below, | § | |
| Appellant, | § | |
| | § | Court Below – Superior Court |
| v. | § | of the State of Delaware, in |
| | § | and for New Castle County |
| STATE FARM INSURANCE, | § | |
| COMPANIES, | § | C.A. No. N14C-02-250 |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: October 14, 2015
Decided: October 15, 2015

Before **STRINE** Chief Justice; **VALIHURA**, and **SEITZ**, Justices.

### O R D E R

On this 15th day of October 2015, the Court having considered this matter on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned February 2, 2015 Opinion.

NOW, THEREFORE IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ *Collins J. Seitz, Jr.*
Justice